IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


JOHN RUSH,

    Plaintiff,

vs.                                                   CASE NO. 4:05CV393-MMP/AK

BUREAU OF INTERSTATE COMPACT,

    Defendant.

                                                        /


**REPORT AND RECOMMENDATION**

In an order dated November 1, 2005, Plaintiff was directed to file an amended motion for leave to proceed in forma pauperis and amended complaint by November 30, 2005. This Order was returned as undeliverable with the notation that he had been released. (Docs. 5 and 6). No forwarding address was provided by the institution and Plaintiff does not appear on the website for the Florida Department of Corrections or the federal Bureau of Prisons. Plaintiff has failed to contact the Court since his release or otherwise advise the Court of his new address.

A trial court has inherent power to dismiss a case *sua sponte* for failure to prosecute. Link v. Wabash Railroad, 370 U.S. 626, 82 S. Ct. 1386, 8 L.Ed2d 734

(1962).  Fed. R. Civ. P. 41(b) also authorizes a district court to dismiss an action for failure to obey a court order.  Plaintiff has failed to advise the Court of his new address after his release and there is no means of communicating with him.  Consequently, this case should be dismissed.

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED** without prejudice.

**IN CHAMBERS** at Gainesville, Florida, this **21st** day of December, 2005.

　　　　　　　　　　　　　s/ A. KORNBLUM
　　　　　　　　　　　　　ALLAN KORNBLUM
　　　　　　　　　　　　　**UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO THE PARTIES**

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 10 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**